**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>KIMBERLY HOOKS-MILLER<br><br>Debtor(s) | Case No. 12-32534 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/16/2012.

2) The plan was confirmed on 11/07/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/22/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 05/06/2014.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,165.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,731.00 |
| Less amount refunded to debtor | $116.00 |

**NET RECEIPTS:** $6,615.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,975.88 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $324.21 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,300.09

Attorney fees paid and disclosed by debtor: $219.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC INTERNATIONAL | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| ACC INTERNATIONAL | Unsecured | 683.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE MANAGEM | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 1,112.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 19,000.00 | NA | 25,755.55 | 0.00 | 0.00 |
| AMO RECOVERIES | Unsecured | 1,065.00 | NA | NA | 0.00 | 0.00 |
| ANTHONY FIORINI | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CREDIT SERVICES | Unsecured | 1,113.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| AVON PRODUCTS | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| BILLING CENTER | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| BLACK ENTERPRISE | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| BLACK EXPRESSION | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| BLY COLLECTION SVC | Unsecured | 541.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| BUDZIK & DYNIA | Unsecured | 1,120.00 | NA | NA | 0.00 | 0.00 |
| CARDIOMEDIX INC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CASCADE CAPITAL LLC | Unsecured | 410.00 | 410.00 | 410.00 | 0.00 | 0.00 |
| CBCS | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| CBUSA INC | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| CCB CREDIT SERVICES INC | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| CCS/CORTRUST BANK | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE | Unsecured | 592.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO SUNTIMES | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 366.00 | 366.00 | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CMG GROUP LLC/OSL MARKETING I | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CMK INVESTMENTS INC | Unsecured | 1,056.00 | NA | NA | 0.00 | 0.00 |
| COLLECTECH SYSTEMS | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COLLECTION COMPANY OF AMERIC | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL CHECK CONTROL | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| CORTRUST | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| DOUGLAS R PRINCE DDS | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| DUVERA FINANCIAL | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| FLOSSMOOR CU | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| FOCUS RECEIVABLES MGMT | Unsecured | 264.00 | NA | NA | 0.00 | 0.00 |
| GEVALIA | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| GREGORSON RADIOLOGY CONSULT | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| H & R BLOCK | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| HOMEWOOD DISPOSAL SERVICE INC | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| HOMEWOOD FLOSSMOOR HIGH SCH | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 402.00 | 454.12 | 454.12 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| INFINITY GROUP RECEIVABLES | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| INGALLS FAMILY CARE CTR | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 956.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 412.00 | 669.20 | 669.20 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,213.00 | 1,112.99 | 1,112.99 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 676.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,773.00 | 3,358.72 | 3,358.72 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 750.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 430.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,140.00 | 1,119.87 | 1,119.87 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,085.00 | 1,085.49 | 1,085.49 | 0.00 | 0.00 |
| JHS MARKETING | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| JITTERBUG | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| JNR ADJUSTMENT COMPANY | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| JNR ADJUSTMENT COMPANY | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 953.00 | 952.50 | 952.50 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 953.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | NA | NA | 952.50 | 0.00 | 0.00 |
| KOMYATTE & CASBON PC | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY MUTUAL | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE RECOVERY ASSOC LLC | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAM | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| LOAN SHOP ONLINE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MASS STREET GROUP | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| MB PROCESSING | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| MCS | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | NA | 0.00 | 1,166.33 | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | 2,063.00 | 3,055.29 | 3,055.29 | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 1,285.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE LOYOLA CU | Unsecured | 881.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 6,372.00 | NA | NA | 0.00 | 0.00 |
| NEUROLOGY ASSOCIATES | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 575.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| OMNI CREDIT SERV | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ORKIN | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| OTHRO & REHAB | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| PACK MANAGEMENT GROUP LLC | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| PDL VENTURES | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Secured | 8,775.00 | 7,850.00 | 7,850.00 | 2,849.27 | 465.64 |
| PREMIER BANK CARD | Unsecured | 277.00 | 298.89 | 298.89 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 582.00 | 581.64 | 581.64 | 0.00 | 0.00 |
| PRIMARY CARE PARTNERS | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| PRIMARY HEALTHCARE ASSOCIATE | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 1,085.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MGNT | Unsecured | 847.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ROLLINS SERVICE BUREAU | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| SALUTE GOLD CARD | Unsecured | 1,119.00 | NA | NA | 0.00 | 0.00 |
| SIMM ASSOCIATES INC | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| SOUTHTOWN STAR | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABORATORY | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| STERLING & KING | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| SUNDANCE VACATIONS NORTH AM | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| TINLEY PARK ORTHODONTIC ASSOC | Unsecured | 1,303.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE MASTERCARD | Unsecured | 1,203.00 | NA | NA | 0.00 | 0.00 |
| TRU GREEN CHEMLAWN | Unsecured | 132.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOAN | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| UPTOWN CREDIT | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HOMEWOOD | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HOMEWOOD | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| WESTERN MASS CRD CORP | Unsecured | 541.00 | NA | NA | 0.00 | 0.00 |
| ZWICKER & ASSOCIATES PC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,850.00 | $2,849.27 | $465.64 |
| All Other Secured | $952.50 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,802.50** | **$2,849.27** | **$465.64** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,358.72 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,358.72** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$38,177.87** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,300.09 |
| Disbursements to Creditors | $3,314.91 |
| **TOTAL DISBURSEMENTS :** | **$6,615.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/12/2014                    By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**